UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 4:16-CR-15-001 (CDL) |
| **JONATHAN CLONTZ** | |

On October 29, 2019, the Court issued a warrant for Jonathan Clontz for violating the terms of his supervised release based on a Petition for Action filed on the same date. In accordance with the Standing Order 2020-01 (COVID-19 Public Health & Safety), it is recommended that the supervised release warrant filed as Document No. 66 on CM/ECF be dismissed.

Respectfully submitted,

James C. Ham
Supervising U.S. Probation Officer

### ORDER OF COURT

For good and sufficient cause, it is ordered that the supervised release warrant issued on October 29, 2019 be dismissed.

Dated this 1st day of April, 2020.

S/Clay D. Land

CLAY D. LAND
CHIEF U.S. DISTRICT JUDGE

Prepared by: JCH